UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RASHID BROWN #183346,

       Plaintiff,

v.

LYNNE PHILLIPSON,

       Defendant.
                           /

File no: 2:05-CV-225

HON. ROBERT HOLMES BELL

**ORDER APPROVING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.[1]

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant's Motion for Summary Judgment (docket #37) is hereby **GRANTED** and this case is **DISMISSED** in its entirety.

Dated:   September 26, 2007

      /s/ Robert Holmes Bell
ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On September 4, 2007, the Court issued an Order Rejecting Pleading because the document was illegible and did not contain an original signature. Plaintiff has not resubmitted his pleading to date.